EUGENE GEOFFROY, Appellant, v. MARIE SCHMIDT, Respondent. — Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *ante*, p. 912.]

IN THE MATTER OF ANONYMOUS. (Three proceedings.) Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ.

In the Matter of NICK COST et al., Appellants. NICHOLAS BENETOS et al., Respondents. — The following question is certified: Did the Special Term have the power as a matter of law to make the order entered June 23, 1950, adjudging in contempt the appellant Cost and his attorney Everett Frooks? Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ. [See 277 App. Div. 1049.]

ANTHONY JANKOWSKI, Respondent, v. MARY JANKOWSKI, Appellant. — Present — Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ. [See *ante*, p. 916.]

GIACINTO TERESTA, Appellant, v. CITY OF NEW YORK, Respondent, et al., Defendants. — Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ. [See 277 App. Div. 787.]

ISEN CONTRACTING CORP., Appellant, v. TOWN OF OYSTER BAY et al., Respondents. — While the evidence presented a question of fact as to whether the amendment constituted spot zoning, nevertheless plaintiff offered no evidence warranting a finding that by the enactment of the amendment it had suffered detriment or that there was waste of the funds of the town. (*Bowery Sav. Bank* v. *Plymouth Colony Corp.*, 254 App. Div. 870.) Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.